IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARK A. WARD,                      )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )        1:05CV00424
                                   )
PETER E. MALONEY,                  )
Plan Administrator, LIN            )
Television Corporation,            )
    Defendant.                     )

JUDGMENT

OSTEEN, District Judge

For the reasons stated in the memorandum opinion filed this same day,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment [4] is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for an Extension of Time to Submit Supporting Documents [26] is GRANTED.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment [23] is GRANTED.

This the 23rd day of August 2005.

                                    _____
                                        United States District Judge